No. 10–6493. HINKLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–6495. FRAZIER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–6502. HOWELL v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–6505. SNIPES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–6513. MOOR v. PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6541. KENNEWAY v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 1st Cir. Certiorari denied.

No. 10–6586. KARIMZADA v. CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–6611. BRYANT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–6614. STONE v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6619. KALU v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–6623. CAMPER v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 10–6655. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6726. PROSSER v. HENDRICKS ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–6749. ARCHER v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.